IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| KATHERINE KISER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TERRANCE JACKSON; BUREAU OF INDIAN AFFAIRS, UNITED STATES OF AMERICA; and DOES 1-5,<br><br>　　　　Defendants. | CV 22-181-M-DWM<br><br><br>JUDGMENT |

　　This action came before the Court for determination on the record. A decision has been rendered.

　　IT IS ORDERED AND ADJUDGED, in accordance with the Court's Orders dated February 23, 2024, (Doc. 39) and April 2, 2024, (Doc. 48), that judgment is entered in favor of Katherine Kiser and against Terrance Jackson.

　　Dated this 2nd day of April, 2024.

　　　　　　　　　　　　　　　　　　/s/ Tyler P. Gilman
　　　　　　　　　　　　　　　　　Tyler P. Gilman, Clerk