IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| KATHERINE KISER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TERRENCE JACKSON; BUREAU OF INDIAN AFFAIRS, UNITED STATES OF AMERICA; and DOES 1–5,<br><br>　　　　Defendants. | CV 22–181–M–DWM<br><br><br>NOTICE |

　　This matter is currently set for a bench trial on October 27, 2025. (Doc. 56.) A criminal jury trial in *United States v. Mohammed*, 9:25-cr-26-DWM, has been reset for that same date. Pursuant to 18 U.S.C. § 3161(h) and Federal Rule of Criminal Procedure 50, criminal matters take priority over civil matters in the event of a conflict. Accordingly, if *United States v. Mohammed* proceeds to trial, this matter will be reset for either October 30 or 31, 2025.

　　DATED this 2nd day of October, 2025.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Donald W. Molloy, District Judge
　　　　　　　　　　　　　　　　　　United States District Court