IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| KATHERINE KISER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TERRENCE JACKSON; BUREAU OF INDIAN AFFAIRS, UNITED STATES OF AMERICA; and DOES 1–5,<br><br>　　　　　Defendants. | CV 22–181–M–DWM<br><br><br>ORDER |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED.

DATED this 20th day of February, 2026.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Donald W. Molloy, District Judge
　　　　　　　　　　　　　　　　United States District Court